```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16980
   DANIEL C ANDREWS
   SHAUNA G ANDREWS                          CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-1134     SSN XXX-XX-3166
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/18/07 and confirmed on 12/07/07.

   2. The case was converted to Chapter 7 after confirmation, 08/07/2008.

   3. The Debtor paid a total of $  12033.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| CONSUMERS COOP CU | SECURED VEHIC | 14247.00 | 301.40 | 3453.42 |
| CONSUMERS COOP CU | SECURED | 6725.48 | 101.86 | 1813.01 |
| US BANK | SECURED VEHIC | 15937.00 | 322.84 | 3299.12 |
| CAPITAL ONE BANK | UNSECURED | 970.21 | .00 | .00 |
| B REAL LLC | UNSECURED | 3245.29 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4822.10 | .00 | .00 |
| CONSUMERS CO OP CR UN | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8072.66 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1320.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11046.25 | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 482.35 | .00 | .00 |
| PROVIDIAN BANCORP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 908.42 | .00 | .00 |
| SYSTEMS & SERVICES TECH | UNSECURED | 3042.46 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1174.10 | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 7986.51 | .00 | .00 |
| WELLS FARCO FINANCIAL BA | UNSECURED | 2400.80 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WORLD FINANCIAL NETWORK | UNSECURED | 1470.30 | .00 | .00 |
| US BANK | UNSECURED | 333.75 | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | 759.17 | .00 | .00 |

         Summary of disbursements:
---
                    SECURED     PRIORITY    UNSECURED     OTHER       TOTAL
---

```
TOTAL CLMS ALLOWED      36909.48          .00      48034.37          .00      84943.85
PRINCIPAL PAID           8565.55          .00           .00          .00       8565.55
INTEREST PAID             726.10          .00           .00          .00        726.10
TOTAL PAID               9291.65          .00           .00          .00       9291.65
```

The Debtor's attorney, JOSEPH P DOYLE                , was allowed $   3500.00
and was paid $    686.00   direct and $   2105.81   through the plan.

The Trustee received $     635.54 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/30/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 07 B 16980 DANIEL C ANDREWS & SHAUNA G ANDREWS